UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHELSEA ELIZABETH GREENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:14-CV-246-F |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Government's Motion to Dismiss [DE-9] is ALLOWED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on September 24, 2014, and Copies To:**

Christopher James Anglin (via Notice of Electronic Filing)
Matthew Lee Fesak (via Notice of Electronic Filing)

DATE                                                         JULIE A. RICHARDS, CLERK

September 24, 2014                                  /s/ Jacqueline B. Grady

                                                                    (By) Jacqueline B. Grady, Deputy Clerk